Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOCO HOSPITALITY CALIFORNIA, INC d/b/a GLEN IVY HOT SPRINGS, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-01373 JWH-KK<br><br>CLASS ACTION<br><br>Hon. Judge John W. Holcomb<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed:　August 13, 2021<br>Trial Date:　　　Not Set |

NOTICE OF SETTLEMENT

1  Plaintiff Crystal Redick ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: November 11, 2021                    Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

1
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 11, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: November 11, 2021          */s/ Thiago M. Coelho*
                                  Thiago M. Coelho